## John Finley, Plaintiff-Appellant, v. New York Central Railroad Company, Defendant-Appellee.

### Term No. 59–F–16.

#### Fourth District.

#### June 8, 1959.

#### Rehearing denied September 29, 1959.

#### Released for publication September 29, 1959.

Kassly, Carr & Bone (Rex Carr, of counsel) for plaintiff-appellant; Pope and Driemeyer, for defendant-appellee. Opinion PER CURIAM. Not to be published in full.